FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 14 2012

JAMES W. McCORMACK, CLERK
By: /s/ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA
*ex rel.* YVONNE DOOLEY                                           PLAINTIFF

v.                          No. 4:10-cv-1456-DPM

PINNACLE PHYSICIANS GROUP
(Clinics 1-5); DR. JENNIFER A.
MCCALLUM; DR. SHANE
HIGGINBOTHAM; DR. ABSOLAM
TILLEY; DR. JANNA JENNINGS;
DR. ZARENA BOZEMAN; TILLEY
DIAGNOSTIC CLINIC, INC. P.A.;
KIM OVERTON; OPEN MRI OF
HOT SPRINGS; and TOUCHSTONE
MEDICAL IMAGING, LLC                                              DEFENDANTS

## ORDER

The United States has declined to intervene in this False Claims Act case. 31 U.S.C. § 3730(b)(4)(B). Dooley shall serve the complaint, the United States's notice, and this Order on the Defendants. Starting with this Order, the Court's file shall be open and handled in the usual way. But all previous filings (except the complaint and notice) shall remain under seal.

The parties shall serve all future filings on the United States. 31 U.S.C. § 3730(c)(3). On request and payment, the parties shall supply the United States with deposition transcripts. The Court directs the Clerk to send the

United States copies of all future orders. If any party moves to dismiss, settle, or otherwise discontinue the case — or any part of the case, then the Court will solicit the United States's view before ruling. 31 U.S.C. § 3730(b)(1).

Due to the United States's declination notice, the Court cancels the hearing scheduled for 17 May 2012.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

14 May 2012