IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**
*ex rel.* **YVONNE DOOLEY**                                                         **PLAINTIFF**

v.                              No. 4:10-cv-1456-DPM

**PINNACLE PHYSICIANS GROUP** *et al.*                         **DEFENDANTS**

## JUDGMENT

Dooley has responded to the show-cause Order by filing a pre-service notice of voluntary dismissal, to which the United States does not object. *Document No. 25.* The Court therefore dismisses Dooley's complaint without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

    8 November 2012